# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GARABED YEGAVIAN, an individual | Case No. LACV11-5530-SS |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL** |
| ADVANCED MEDICAL ANALYSIS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; and DOES 1 through 10, inclusive, | |
| Defendant. | |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED: November 20, 2012     By: _____/S/_____
                                UNITED STATES MAGISTRATE JUDGE